UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Depositors Insurance Company,

Plaintiff,

vs.

Allan Clark,

Defendant.

Case No. 00-CV-2400 JMR/RLE

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

**STIPULATION**

The parties, through their respective counsel, hereby stipulate and agree as follows:

1) Plaintiff served the Defendant with the Summons & Complaint in this matter on or about December 6, 2000;

2) Defendant may have until January 16, 2001 to answer, plead or otherwise respond to the Complaint.

PETERSON & HEKTNER, LTD.

By________________________
Thomas E. Peterson (8640X)
145 Paramount Plaza III
7831 Glenroy Road
Minneapolis, MN 55439
Tele: 952/921-2211
*Attorney for Plaintiff*

Dated:________________________

FILED JAN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By______________________________
John M. Bjorkman (209831)
Sridevi S. Anwar (292965)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Tele: 612/340-8964
*Attorneys for Defendant Allan Clark*

Dated: 1/11/01

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED nunc pro tunc:

That Defendant may have until January 16, 2001 to answer, plead or otherwise respond to the Complaint.

Dated: 1/18/01

______________________________
Raymond L. Erickson
Judge of United States District Court