# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Depositors Insurance Co.

Case No. Civil 00-2400 JMR/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Allan Clark

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is granted.

DATE: March 26, 2001

FRANCIS E. DOSAL, CLERK

Cynthia J. Francis

Cynthia J. Francis, Deputy Clerk

12